IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REVEREND WESLEY CARROLL, )<br>(United States of America ex rel), )<br>               Plaintiff  )<br>                           )<br>     vs.                        )<br>                           )<br>JEFFREY A. MANNING, Corrupt )<br>Pennsylvania Judge; MOIRA )<br>HERRINGTON, Corrupt Pennsylvania )<br>Magistrate; MICHAEL CONAHAN, )<br>Corrupt Pennsylvania Judge; )<br>ALLEGHENY COUNTY COURT; MARK )<br>CIAVARELLA; JUDITH FREEMAN; )<br>ROBERT ATTHONEY, Corrupt )<br>Pennsylvania Attorney; WILLIAM )<br>SHARKEY, Corrupt Pennsylvania Court )<br>Administrator; PENNSYLVANIA CHILD )<br>CARE DETENTION CENTER; Corrupt )<br>Pennsylvania Center That Inslaves )<br>Children; PENNSYLVANIA WESTERN )<br>DISTRICT COURT; SUPERIOR COURT )<br>and COURT COM. PL.; RONALD NAGY, )<br>Corrupt City of Pittsburgh Police Officer; )<br>DEPARTMENT OF JUSTICE, )<br>               Defendants  ) | ) Civil Action No. 10-490<br>) Chief U.S. Magistrate Judge Amy Reynolds Hay |

## **ORDER**

AND NOW, this 20TH day of July, 2010, after the Plaintiff, Reverend Wesley Carroll, filed an action in the above-captioned case, and after, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the Plaintiff until July 19, 2010, to file written objections thereto, and no objections having been filed and Plaintiff's copy of the Report and Recommendation and order dated June 30, 2010 having been returned by SCI Waymart indicating that the Plaintiff is not at SCI Waymart, and upon independent review of

the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the petition for mandamus is dismissed prior to service pursuant to the Court's inherent power to control its own dockets;

IT IS FURTHER ORDERED that Plaintiff's Petition for Writ of Mandamus [4], Emergency Motion for Court Redress Access [5] and Application for Order to Take Deposition [6] are DISMISSED as moot.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

ARTHUR J. SCHWAB
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Wesley Carroll
GE-8666
SCI Waymart
P.O. Box 256
Route #6
Waymart, PA 18472

All Counsel of Record by electronic filing